Alozie Lucky, Plaintiff-Appellant,
against
Nnenne Ezenwa, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Paul L. Alpert, J.) entered June 14, 2016, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Paul L. Alpert, J.) entered June 14, 2016, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff-landlord's action for rent arrears (CCA 1804, 1807; Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). The court correctly interpreted the parties' so-ordered stipulation settling a Bronx Housing Court proceeding, as waiving the rent arrears at issue, if defendant-tenant timely vacated the premises in accordance with the stipulation, which defendant did, in fact, do.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 17, 2017